ACCEPTED
12-15-00157-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/12/2015 2:08:54 PM
CATHY LUSK
CLERK

Appellate Docket Number: 12-15-00157-CR

Appellate Case Style: Style: Stanford Jones, Sr.

Vs. State of Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

6/12/2015 2:08:54 PM

CATHY S. LUSK
Clerk

Companion Case:

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 12th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Stanford | ☒ Lead Attorney |
| Middle Name: | First Name: John |
| Last Name: Jones | Middle Name: D. |
| Suffix: Sr. | Last Name: Reeves |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained ☐ Public Defender |
| | Firm Name: |
| | Address 1: 1007 Grant Ave. |
| | Address 2: |
| | City: Lufkin |
| | State: Texas    Zip+4: 75901 |
| | Telephone: (936) 632-1609    ext. |
| | Fax: (936) 632-1640 |
| | Email: tessabellus@yahoo.com |
| | SBN: 16723000 |

Add Another Appellant/
Attorney

## III. Appellee

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☒ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: April

Middle Name: Ayers

Last Name: Perez

Suffix:

☐ Appointed        ☒ District/County Attorney

☐ Retained         ☐ Public Defender

Firm Name: Angelina County District Attorney's Office

Address 1: P.O. Box 908

Address 2:

City: Lufkin

State: Texas        Zip+4: 75902

Telephone: (936) 632-5090    ext.

Fax: (936) 637-2818

Email: aperez@angelinacounty.net

SBN: 24090975

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Property Offenses

Type of Judgment: Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: May 14, 2015

Offense charged: Arson x 6

Date of offense: Nov.13, 14,15, 2012

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes ☐ No

Was the trial by:  ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: June 10, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 20 Years TDCJ

Is the appeal from a pre-trial order?  ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:        ☐ Yes ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No    If yes, date filed:

Other: ☐ Yes ☒ No            If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☒ Yes ☐ No ☐ NA    If yes, date filed: June 3, 2014

Date of hearing: June 3, 2014        ☐ NA

Date of order: June 3, 2014          ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling: June 3, 2014

## VIII. Trial Court And Record

**Court:** 217th

**County:** Angelina

**Trial Court Docket Number (Cause no):** 2013-0744

**Trial Court Judge (who tried or disposed of the case):**

**First Name:** Robert

**Middle Name:** K.

**Last Name:** Inselmann

**Suffix:** Jr.

**Address 1:** P.O. Box 908

**Address 2:**

**City:** Lufkin

**State:** Texas     **Zip + 4:** 75902

**Telephone:** (936) 637-0217     **ext.**

**Fax:** (936) 639-3917

**Email:** binselmann@angelinacounty.net

**Clerk's Record:**

**Trial Court Clerk:** ☒ District   ☐ County

**Was clerk's record requested?** ☐ Yes ☒ No

**If yes, date requested:**

**If no, date it will be requested:** Jun 15, 2015

**Were payment arrangements made with clerk?**

☐ Yes ☐ No ☒ Indigent

---

**Reporter's or Recorder's Record:**

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☐ Yes ☒ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: Jun 15, 2015

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter        ☐ Court Recorder
☐ Official              ☐ Substitute

**First Name:** Terri

**Middle Name:**

**Last Name:** Davis

**Suffix:**

**Address 1:** P.O. Box 908

**Address 2:**

**City:** Lufkin

**State:** Texas     **Zip + 4:** 75902

**Telephone:** (936) 637-0217     **ext.**

**Fax:** 9366393197

**Email:** tdavis@angelinacounty.net

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: ▨▨▨▨▨▨                     Court: ▨▨▨▨▨▨▨▨▨▨

Style: ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

      Vs.    State of Texas ▨▨▨

## X. Signature

_signature_

Signature of counsel (or Pro Se Party)

John D. Reeves
Printed Name:

Electronic Signature: ▨▨▨▨▨▨▨▨
(Optional)

Date: June 12, 2015

State Bar No: 16723000

Name: John D. Reeves

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on June 12, 2015 .

_signature_

Signature of counsel (or pro se party)

Electronic Signature: ▨▨▨▨▨▨▨▨
(Optional)

State Bar No.: 16723000

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

      (1) the date and manner of service;

      (2) the name and address of each person served, and

      (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: June 12, 2015

Manner Served: eServe

First Name: April

Middle Name: Ayers

Last Name: Perez

Suffix:

Law Firm Name: Angelina County District Attorney's Office

Address 1: P.O. Box 908

Address 2:

City: Lufkin

State Texas    Zip+4: 75902

Telephone: (936) 632-5090    ext.

Fax: (936) 637-2818

Email: aperez@angelinacounty.net